AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| HIGHLINE CAPITAL MANAGEMENT, LLC | ) | |
| *Plaintiff* | ) | **15 CV 00660** |
| v. | ) | Civil Action No. |
| HIGH LINE VENTURE PARTNERS, L.P et al. | ) | |
| *Defendant* | ) | JUDGE CAPRONI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* High Line Venture Partners GP II, LLC
555 West 18th Street
New York, New York 10011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   L. Donald Prutzman
TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT, LLP
900 Third Avenue
New York, New York 10022
phone: (212) 508-6700   email: prutzman@thsh.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: JAN 29 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  15 CV 660

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  High Line Venture Partners GP II, LLC

was received by me on *(date)*  02/03/2015 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On February 3, 2015, I caused the Summons and Complaint to be served by hand on Jonathan D. Reichman, Esq., counsel for Defendants, who agreed to accept service on behalf of Defendants, at Kenyon & Kenyon, One Broadway, New York, New York 10004.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  02/10/2015

Server's signature

L. Donald Prutzman
*Printed name and title*

Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, New York 10022
*Server's address*

Additional information regarding attempted service, etc: