**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

**L. Donald Prutzman**
Writer's Direct Dial: (212) 508-6739
E-mail: prutzman@thsh.com

February 24, 2015

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

    Re:    Highline Capital Management LLC v. High Line
             Venture Partners, LP, *et al.*,
             15 Civ. 660 (VEC) (S.D.N.Y.)

Dear Judge Caproni:

    I represent the Plaintiff in the above-captioned action in which the Plaintiff moved for a preliminary injunction on February 9, 2015. Pursuant to the Court's individual rules of practice I am enclosing a proposed Stipulation and Order signed by counsel for the parties in the above-captioned action establishing a briefing schedule for Plaintiff's motion, subject to the Court's approval. Pursuant to the Stipulation, the Defendants' papers in opposition to the motion would be due on or before March 12, 2015 and Plaintiff's reply papers would be due on or before April 2, 2015. Oral argument is requested on a date to be set by the Court, if granted. I respectfully request that the Court "so order" the stipulation.

    In accordance with the Court's individual rules a word version of the stipulation is being emailed to the Court.

                                                                   Respectfully submitted,

                                                                   L. Donald Prutzman

Enc.
cc: Jonathan D. Reichman, Esq. (via ECF)

[1009860-1]

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
HIGHLINE CAPITAL MANAGEMENT, LLC,                                  :    15 Civ. 660 (VEC)
                                                                   :
                         Plaintiff,                                :
                                                                   :
            - against -                                            :    STIPULATION
                                                                   :
HIGH LINE VENTURE PARTNERS, L.P., HIGH                             :
LINE VENTURE PARTNERS II, L.P., HIGH LINE                          :
VENTURE PARTNERS GP, LLC, HIGH LINE                                :
VENTURE PARTNERS GP II, LLC, SHANA                                 :
FISHER and ALEX BINKLEY,                                           :
                                                                   :
                         Defendants.                               :
                                                                   :
------------------------------------------------------------------ x
```

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their undersigned counsel, subject to the approval of the Court, that:

1. Defendants' papers in opposition to Plaintiff's Motion for a Preliminary Injunction, filed February 9, 2015, shall be filed on or before March 12, 2015;

2. Plaintiff's reply papers in further support of said motion shall be filed on or before April 2, 2015;

3. Oral argument is requested and, if granted, will be held on a date to be set by the Court;

4. If the Court determines to hold an evidentiary hearing on Plaintiff's motion, it will be held on a date to be set by the Court.

[1009751-1]

Dated: New York, New York
February 24, 2015

| | |
|---|---|
| KENYON & KENYON, LLP | TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT, LLP |
| By: /s/ Jonathan Reichman<br>Jonathan Reichman<br>Attorneys for Defendants<br>One Broadway<br>New York, New York 10004<br>(212) 908-6256 | By: s/L. Donald Prutzman<br>L. Donald Prutzman<br>Attorneys for Plaintiff<br>900 Third Avenue<br>New York, New York 10022<br>(212) 508-6739 |

SO ORDERED:

_____
Hon. Valerie E. Caproni, USDJ