UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
:
HIGHLINE CAPITAL MANAGEMENT, LLC,  : 15 Civ. 660 (VEC)
:
                          Plaintiff,  :
:
       - against -  : **STIPULATION**
:
HIGH LINE VENTURE PARTNERS, L.P., HIGH  :
LINE VENTURE PARTNERS II, L.P., HIGH LINE  :
VENTURE PARTNERS GP, LLC, HIGH LINE  :
VENTURE PARTNERS GP II, LLC, SHANA  :
FISHER and ALEX BINKLEY,  :
:
                          Defendants.  :
:
-------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2015

      **IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their undersigned counsel, subject to the approval of the Court, that:

      1.   Defendants' papers in opposition to Plaintiff's Motion for a Preliminary Injunction, filed February 9, 2015, shall be filed on or before March 12, 2015;

      2.   Plaintiff's reply papers in further support of said motion shall be filed on or before April 2, 2015;

      3.   Oral argument is requested and, if granted, will be held on a date to be set by the Court;

      4.   If the Court determines to hold an evidentiary hearing on Plaintiff's motion, it will be held on a date to be set by the Court.

[1009751-1]

Dated: New York, New York
February 24, 2015

KENYON & KENYON, LLP

By: /s/ Jonathan Reichman
Jonathan Reichman
Attorneys for Defendants
One Broadway
New York, New York 10004
(212) 908-6256

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT, LLP

By: s/L. Donald Prutzman
L. Donald Prutzman
Attorneys for Plaintiff
900 Third Avenue
New York, New York 10022
(212) 508-6739

SO ORDERED:

_____
Hon. Valerie E. Caproni, USDJ

February 25, 2015