UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2015

HIGHLINE CAPITAL MANAGEMENT, LLC,

　　　　Plaintiff,

　　- against -

HIGH LINE VENTURE PARTNERS, L.P., HIGH LINE VENTURE PARTNERS II, L.P., HIGH LINE VENTURE PARTNERS GP, LLC, HIGH LINE VENTURE PARTNERS GP II, LLC, SHANA FISHER and ALEX BINKLEY,

　　　　Defendants,

Civil Action No. 15 CV 660 (VEC)

**ORDER FOR ADMISSION
PRO HAC VICE**

　　The motion of Erik C. Kane, for admission to practice Pro Hac Vice in the above captioned action is granted.

　　Applicant has declared that he is a member in good standing of the bars of the states of the Commonwealth of Virginia and the District of Columbia and that his contact information is:

　　Erik C. Kane
　　KENYON & KENYON LLP
　　ekane@kenyon.com
　　1500 K Street, NW Suite 700
　　Washington, D.C. 20005
　　Tel: 202-220-4294
　　Fax: 202-220-4201

　　Applicant having requested admission Pro Hac Vice to appeal for all purposes as counsel for *High Line Venture Partners, L.P., High Line Venture Partners II, L.P., High Line Venture Partners Gp, LLC, High Line Venture Partners Gp II, LLC, Shana Fisher and Alex Binkley in the above captioned case in the United States District Court for the Southern District of New York.*

All Attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: March 5, 2015

*United States District/Magistrate Judge*