UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
   HIGHLINE CAPITAL MANAGEMENT, LLC,      :
                                          :
                        Plaintiff,        :
                                          :      15-CV-660 (VEC)
                                          :
              -against-                   :      ORDER
                                          :
   HIGH LINE VENTURE PARTNERS, L.P., HIGH  :
   LINE VENTURE PARTNERS II, L.P., HIGH    :
   LINE VENTURE PARTNERS GP, LLC, HIGH     :
   LINE VENTURE PARTNERS GP II, LLC,       :
   SHANA FISHER, and ALEX BINKLEY,         :
                                          :
                        Defendants.        :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2015

VALERIE CAPRONI, United States District Judge:

WHEREAS a hearing was held on March 6, 2015, it is hereby ORDERED that the hearing on Plaintiff's motion for a preliminary injunction, Docket Entry 4, shall be consolidated with the trial on the merits pursuant to Federal Rule of Civil Procedure 65(a)(2). The motion is therefore DISMISSED as moot.

**SO ORDERED.**

Date: March 6, 2015                    _____
      New York, New York               **VALERIE CAPRONI**
                                       **United States District Judge**