**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 Third Avenue
New York, New York 10022


**KENYON & KENYON LLP**

One Broadway
New York, New York 10004

March 12, 2015

**<u>Via ECF</u>**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

    Re:   *Highline Capital Management LLC v. High Line Venture Partners, LP*, et al.,
            <u>15 Civ. 660 (VEC) (S.D.N.Y.)</u>

Dear Judge Caproni:

    Pursuant to Your Honor's suggestion at the March 6, 2015 status conference in the above-referenced civil action, the parties are amenable to the referral of this action to a Magistrate Judge for purposes of mediation. We kindly request that the Court provide us with the contact information for the Magistrate Judge whom Your Honor has selected to conduct the mediation.

    We thank the Court for its assistance in this matter.

                                        Respectfully submitted,

                                        <u>/s/ L. Donald Prutzman</u>
                                        L. Donald Prutzman

                                        *Counsel for Plaintiff*

                                        <u>/s/ Jonathan D. Reichman</u>
                                        Jonathan D. Reichman

                                        *Counsel for all Defendants*