```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/13/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  HIGHLINE CAPITAL MANAGEMENT, LLC,   :
                                                   :
                           Plaintiff,    :
                                                   :          15-CV-660 (VEC)
                                                   :
              -against-                 :          <u>ORDER</u>
                                                   :
  HIGH LINE VENTURE PARTNERS, L.P., HIGH :
  LINE VENTURE PARTNERS II, L.P., HIGH
  LINE VENTURE PARTNERS GP, LLC, HIGH  :
  LINE VENTURE PARTNERS GP II, LLC,
  SHANA FISHER, and ALEX BINKLEY,     :
                                                 :
                           Defendants.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties have requested a reference to a Magistrate Judge on March 12, 2015, this matter is referred to Magistrate Judge Francis for a settlement conference.  Within one week after the completion of the settlement conference, the parties shall submit a joint letter notifying the Court whether settlement efforts were successful.

**SO ORDERED.**

Date: March 13, 2015                      **VALERIE CAPRONI**
      New York, New York             **United States District Judge**