UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

HIGHLINE CAPITAL MANAGEMENT, LLC,

                              Plaintiff,

                    -against-

HIGH LINE VENTURE PARTNERS, L.P., HIGH LINE VENTURE PARTNERS II, L.P., HIGH LINE VENTURE PARTNERS GP, LLC, HIGH LINE VENTURE PARTNERS GP II, LLC, SHANA FISHER, and ALEX BINKLEY,

                            Defendants.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2015

15-CV-660 (VEC)(JCF)

ORDER OF REFERENCE TO A
MAGISTRATE JUDGE

    This action is referred to Magistrate Judge Francis for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:
_____
_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e. motion requiring Report and Recommendation)
Particular Motion: _____
_____

    All such motions: ____

**SO ORDERED.**

**Date: March 13, 2015**
       **New York, NY**

                    _/s/ Valerie Caproni_
                    **VALERIE CAPRONI**
                    **United States District Judge**