**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

**L. Donald Prutzman**
Writer's Direct Dial: (212) 508-6739
E-mail: prutzman@thsh.com

March 25, 2015

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

    Re:    Highline Capital Management LLC v. High Line
               Venture Partners, LP, *et al.*,
               15 Civ. 660 (VEC) (S.D.N.Y.)

Dear Judge Caproni:

    I represent the Plaintiff in the above-captioned action. Pursuant to the Court's individual rules of practice I am enclosing a proposed Stipulation and Order signed by counsel for the parties in the above-captioned action. The purpose of the Stipulation and Order is to dismiss the action without prejudice and without costs as to individual defendant Alex Binkley based on certain representations of fact made to the Plaintiff in an affidavit provided by Mr. Binkley. The stipulation would also amend the caption to remove Mr. Binkley's name and provide that the action will continue as against the remaining defendants. I respectfully request that the Court "so order" the stipulation.

    In accordance with the Court's individual rules a word version of the stipulation is being emailed to the Court and the proposed stipulation is being emailed to the Orders Clerk.

Respectfully submitted,

*/s/ L. Donald Prutzman*

L. Donald Prutzman

Enc.
cc: Jonathan D. Reichman, Esq. (via ECF)

[1011302-1]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                           :

HIGHLINE CAPITAL MANAGEMENT, LLC,      :      15 Civ. 660 (VEC)
                                           :
                      Plaintiff,                      :
                                           :
              - against -                    :      **STIPULATION**
                                           :

HIGH LINE VENTURE PARTNERS, L.P., *et al.*,   :
                                           :
                    Defendants.                :
------------------------------------------------------------------- x

       **IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their undersigned counsel, subject to the approval of the Court, that:

       1.   Based on certain factual representations made to Plaintiff by Defendant Alex Binkley by Affidavit sworn to March 24, 2015, the Complaint is hereby dismissed without prejudice and without costs as against Defendant Alex Binkley;

       2.   The caption is amended accordingly to delete Alex Binkley as a named defendant;

       3.   The action shall continue as against the remaining named Defendants.

Dated:  New York, New York
           March 24, 2015

| KENYON & KENYON, LLP | | TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT, LLP |
|---|---|---|
| By:   s/Jonathan Reichman | By: | _s/L. Donald Prutzman_____ |
| Jonathan Reichman | | L. Donald Prutzman |
| Attorneys for Defendants | | Attorneys for Plaintiff |
| One Broadway | | 900 Third Avenue |
| New York, New York 10004 | | New York, New York 10022 |
| (212) 908-6256 | | (212) 508-6739 |

[1011301-1]

2

SO ORDERED:

_____
Hon. Valerie E. Caproni, USDJ