UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
HIGHLINE CAPITAL MANAGEMENT, LLC,    :    15 Civ. 660 (VEC)
:
                Plaintiff,    :
:
   - against -    :    **STIPULATION**
:
HIGH LINE VENTURE PARTNERS, L.P., *et al*.,    :
:
                Defendants.    :
---------------------------------------------------------------- x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2015
```

    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their undersigned counsel, subject to the approval of the Court, that:

    1.  Based on certain factual representations made to Plaintiff by Defendant Alex Binkley by Affidavit sworn to March 24, 2015, the Complaint is hereby dismissed without prejudice and without costs as against Defendant Alex Binkley;

    2.  The caption is amended accordingly to delete Alex Binkley as a named defendant;

    3.  The action shall continue as against the remaining named Defendants.

Dated:  New York, New York
         March 24, 2015

| KENYON & KENYON, LLP | TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT, LLP |
|---|---|
| By:  s/Jonathan Reichman | By:  s/L. Donald Prutzman |
| Jonathan Reichman | L. Donald Prutzman |
| Attorneys for Defendants | Attorneys for Plaintiff |
| One Broadway | 900 Third Avenue |
| New York, New York 10004 | New York, New York 10022 |
| (212) 908-6256 | (212) 508-6739 |

                                                  SO ORDERED.

                                                  */s/ Valerie Caproni*

[1011301-1]

                                                  HON. VALERIE CAPRONI
                                                  UNITED STATES DISTRICT JUDGE

                                                   March 25, 2015