**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**
900 Third Avenue
New York, New York 10022

**KENYON & KENYON LLP**
One Broadway
New York, New York 10004

April 10, 2015

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

    Re:    Highline Capital Management LLC v. High Line Venture Partners, LP, *et al.,*
             15 Civ. 660 (VEC) (S.D.N.Y.)

Dear Judge Caproni:

    Counsel for the parties in the above-captioned action, L. Donald Prutzman of Tannenbaum Helpern Syracuse & Hirschtritt LLP for Plaintiff and Jonathan D. Reichman of Kenyon & Kenyon LLP for Defendants, submit this joint letter pursuant to the Court's March 13, 2015 Order. The Order referred this action to Magistrate Judge Francis for a settlement conference and directed the parties to submit a joint letter notifying the Court whether settlement efforts were successful. The parties appeared before Magistrate Judge Francis on April 2, 2015 at 2:00pm for the settlement conference. We wish to inform the Court that the settlement efforts were not successful.

                                  Respectfully submitted,

                                    _s/L. Donald Prutzman_
                                  L. Donald Prutzman

                                  _s/Jonathan D. Reichman_
                                  Jonathan D. Reichman