UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                                   :

HIGHLINE CAPITAL MANAGEMENT, LLC,     :      15 Civ. 660 (VEC)

                            Plaintiff,                             :

            - against -                                :      **NOTICE OF MOTION**

HIGH LINE VENTURE PARTNERS, L.P., HIGH LINE :
VENTURE PARTNERS II, L.P., HIGH LINE           :
VENTURE PARTNERS GP, LLC, HIGH LINE           :
VENTURE PARTNERS GP II, LLC and SHANA           :
FISHER                                                   :

                        Defendants.                          :

------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that upon the annexed the Memorandum of Law in support hereof dated April 15, 2015 (the "Memo of Law"), and all prior pleadings and proceedings had herein, Plaintiff Highline Capital Management, LLC ("Highline") will move this Court before the Honorable Valerie E. Caproni, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007 in Courtroom 443, at a date and time to be determined by the Court for an Order pursuant to Fed. R. Civ. P. 12 and Fed. R. Civ. P. 9 dismissing Defendant High Line Venture Partners, L.P.'s counterclaims, on the grounds, and for the reasons, set forth in the Memo of Law.

Dated: New York, New York
April 15, 2015

                            TANNENBAUM, HELPERN, SYRACUSE
                            & HIRSCHTRITT LLP

                            s/L. Donald Prutzman
                            By:    L. Donald Prutzman
                                    Richard W. Trotter
                            900 Third Avenue
                            New York, New York 10022
                            Telephone:  (212) 508-6700
                            prutzman@thsh.com
                            trotter@thsh.com
                              *Attorneys for Plaintiff*

[1012152-1]