David H. Bernstein (dhbernstein@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6696

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
:
:
HIGHLINE CAPITAL MANAGEMENT, LLC,   :
:
        Plaintiff/Counterclaim-Defendant,   :    15 CIV 660 (VEC)
:
  vs.   :    ECF Case
:
HIGH LINE VENTURE PARTNERS, L.P,HIGH :  **NOTICE OF APPEARANCE AND**
LINE VENTURE PARTNERS II, L.P., HIGH   :  **REQUEST FOR ELECTRONIC**
LINE VENTURE PARTNERS GP, LLC, HIGH   :  **NOTIFICATION**
LINE VENTURE PARTNERS GP II and   :
SHANA FISHER   :
:
        Defendant/Counterclaim-Plaintiff.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      PLEASE TAKE NOTICE that Highline Capital Management, LLC appears in the case captioned above by its counsel David H. Bernstein of Debevoise & Plimpton LLP.  The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Dated: New York, New York
       April 22, 2015

                                        DEBEVOISE & PLIMPTON LLP

                                        By:  ___/s/_ David H. Bernstein_____
                                            David H. Bernstein

        dhbernstein@debevoise.com
        DEBEVOISE & PLIMPTON LLP
        919 Third Avenue
        New York, New York  10022
        (212) 909-6696

*Attorneys for Plaintiff*

TO:    Jonathan D. Reichman (jreichman@kenyon.com)
        Jonathan W. Thomas (jthomas@kenyon.com)
        KENYON & KENYON LLP
        One Broadway
        New York, New York 10004
        (212) 425-7200

*Attorneys for all Defendants*