Matthew E. Fishbein (mefishbein@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6077

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| HIGHLINE CAPITAL MANAGEMENT, LLC, | |
| Plaintiff/Counterclaim-Defendant, | 15 CIV 660 (VEC) |
| vs. | ECF Case |
| HIGH LINE VENTURE PARTNERS, L.P, HIGH LINE VENTURE PARTNERS II, L.P., HIGH LINE VENTURE PARTNERS GP, LLC, HIGH LINE VENTURE PARTNERS GP II and SHANA FISHER | NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |
| Defendant/Counterclaim-Plaintiff. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PLEASE TAKE NOTICE that Highline Capital Management, LLC appears in the case captioned above by its counsel Matthew E. Fishbein of Debevoise & Plimpton LLP.  The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Dated: New York, New York
           April 22, 2015

                                                DEBEVOISE & PLIMPTON LLP

                                                By:  ___/s/_ Matthew E. Fishbein_____
                                                        Matthew E. Fishbein

        mefishbein@debevoise.com
        DEBEVOISE & PLIMPTON LLP
        919 Third Avenue
        New York, New York 10022
        (212) 909-6077

        *Attorneys for Plaintiff*

TO:    Jonathan D. Reichman (jreichman@kenyon.com)
        Jonathan W. Thomas (jthomas@kenyon.com)
        KENYON & KENYON LLP
        One Broadway
        New York, New York 10004
        (212) 425-7200

        *Attorneys for all Defendants*