David Sandler (dsandler@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6687

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
:
:
HIGHLINE CAPITAL MANAGEMENT, LLC,  :
:
        Plaintiff/Counterclaim-Defendant, :       15 CIV 660 (VEC)
:
   vs.                                :        ECF Case
:
HIGH LINE VENTURE PARTNERS, L.P,HIGH :   **NOTICE OF APPEARANCE AND**
LINE VENTURE PARTNERS II, L.P., HIGH :   **REQUEST FOR ELECTRONIC**
LINE VENTURE PARTNERS GP, LLC, HIGH :   **NOTIFICATION**
LINE VENTURE PARTNERS GP II and     :
SHANA FISHER                           :
:
        Defendant/Counterclaim-Plaintiff. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      PLEASE TAKE NOTICE that Highline Capital Management, LLC appears in the case captioned above by its counsel David Sandler of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Dated: New York, New York
       April 22, 2015

                                          DEBEVOISE & PLIMPTON LLP

                                          By:    /s/ David Sandler
                                                  David Sandler

                        dsandler@debevoise.com
                        DEBEVOISE & PLIMPTON LLP
                        919 Third Avenue
                        New York, New York  10022
                        (212) 909-6687

                        *Attorneys for Plaintiff*

TO:    Jonathan D. Reichman (jreichman@kenyon.com)
        Jonathan W. Thomas (jthomas@kenyon.com)
        KENYON & KENYON LLP
        One Broadway
        New York, New York 10004
        (212) 425-7200

        *Attorneys for all Defendants*