Megan K. Bannigan (mkbannigan@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6127

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HIGHLINE CAPITAL MANAGEMENT, LLC,

        Plaintiff/Counterclaim-Defendant,

vs.

HIGH LINE VENTURE PARTNERS, L.P, HIGH LINE VENTURE PARTNERS II, L.P., HIGH LINE VENTURE PARTNERS GP, LLC, HIGH LINE VENTURE PARTNERS GP II and SHANA FISHER

        Defendant/Counterclaim-Plaintiff.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

15 CIV 660 (VEC)

ECF Case

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

      PLEASE TAKE NOTICE that Highline Capital Management, LLC appears in the case captioned above by its counsel Megan K. Bannigan of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the address given below.

Dated:  New York, New York
        April 22, 2015

                          DEBEVOISE & PLIMPTON LLP

                          By:    /s/ Megan K. Bannigan
                                Megan K. Bannigan

mkbannigan@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
(212) 909-6127

*Attorneys for Plaintiff*

TO:   Jonathan D. Reichman (jreichman@kenyon.com)
Jonathan W. Thomas (jthomas@kenyon.com)
KENYON & KENYON LLP
One Broadway
New York, New York 10004
(212) 425-7200

*Attorneys for all Defendants*