UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

HIGHLINE CAPITAL MANAGEMENT, LLC,

           Plaintiff,

    vs.

HIGH LINE VENTURE PARTNERS, L.P, et. al.

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

HIGH LINE VENTURE PARTNERS, L.P

           Counterclaim Plaintiff,

    vs.

HIGHLINE CAPITAL MANAGEMENT, LLC,

           Counterclaim Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/11/2015___

15 CIV 660 (VEC)

ECF Case

**STIPULATION**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for the Plaintiff and Counterclaim Defendant Highline Capital Management, LLC and

for the Defendant and Counterclaim Plaintiff High Line Venture Partners, L.P. as well as the

Defendants High Line Venture Partners II, L.P., High Line Venture Partners GP, LLC, High

Line Venture Partners GP II, LLC, and Shana Fisher (collectively "Defendants"), as follows:

      1.      Highline Capital Management, LLC dismisses with prejudice its requests for

monetary damages and an accounting of profits.  Highline Capital Management, LLC agrees not

to assert or reassert any claim for monetary damages in this action, but reserves its right to seek

reasonable attorneys' fees and costs.

2.      High Line Venture Partners, L.P. has dropped its request for monetary damages in its Amended Counterclaims. High Line Venture Partners, L.P. and Defendants agree not to assert or reassert any claim for monetary damages in this action, but reserve their right to seek reasonable attorneys' fees and costs.

3.      Each party is asserting only claims for injunctive and declaratory relief, reasonable attorneys' fees, and costs.

4.      The parties waive all right to a jury trial and agree that the case will proceed as a bench trial.

This 8th day of May, 2015.

David H. Bernstein
Matthew E. Fishbein
Megan K. Bannigan
David J. Sandler
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
(212) 909-6696
dhbernstein@debevoise.com
mefishbein@debevoise.com
mkbannigan@debevoise.com
dsandler@debevoise.com

L. Donald Prutzman
TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP
900 Third Avenue
New York, New York 10022
(212) 508-6700
prutzman@thshlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant*
*Highline Capital Management, LLC*

Jonathan D. Reichman
Jonathan W. Thomas
KENYON & KENYON LLP
One Broadway
New York, New York 10004
jreichman@kenyon.com
jthomas@kenyon.com

Erik Kane (admitted *pro hac vice*)
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005
ekane@kenyon.com

*Attorneys for all Defendants and*
*Defendant/Counterclaim Plaintiff*
*High Line Venture Partners, L.P.*

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
May 11, 2015