**Debevoise & Plimpton**

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

Matthew E. Fishbein
Partner
mfishbein@debevoise.com
+1 212 909 6077

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2015
```

**MEMO ENDORSED**

May 8, 2015

Request GRANTED. The conference scheduled for July 17, 2015, is ADJOURNED to July 31, 2015, at 10:00 a.m. The parties are directed to confer and inform the Court no later than May 29, 2015, the earliest date they will be ready for trial.

SO ORDERED.

*Valerie Caproni* (signature)

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

May 11, 2015

VIA ECF

Honorable Valerie E. Caproni
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Highline Capital Management, LLC vs. High Line Venture Partners, L.P. et al.*, 15 Civ. 660 (VEC)

Dear Judge Caproni:

    We have been engaged as co-counsel for plaintiff and counterclaim defendant Highline Capital Management, LLC in the above captioned litigation. We write to submit a proposed stipulation, request entry of a protective order, and to request a brief adjournment of the status conference scheduled for July 17, 2015.

    First, enclosed for the Court's consideration is a proposed joint stipulation confirming that the parties have waived claims for damages and all rights to a jury trial, and agree to a trial of this matter before Your Honor.

    Second, the parties respectfully request entry of the enclosed Confidentiality Stipulation and Consent Protective Order, which the parties have agreed to and executed. Pursuant to your honor's individual practices, my colleague David Sandler will email Microsoft Word versions of the protective order and the aforementioned stipulation to the Court following the submission of this letter.

    Third, in Your Honor's recent order dated May 6, 2015, Your Honor reset the status conference (previously scheduled for June 5, 2015) to July 17, 2015. My partner David Bernstein will be on a family vacation in Europe at that time. If possible, he would like to join me at the status conference. Mr. Bernstein returns from Europe on July 28, 2015. Counsel for Defendants have indicated that they are available July 30 or 31 for a status conference with the Court. If either of those dates would work for the Court, we respectfully request that the status conference be rescheduled for one of those days. If those dates do not work for the Court, then we

Honorable Valerie E. Caproni 2 May 8, 2015

would request either an earlier date for a status conference or that we maintain the July 17th date, as our client is anxious to move this matter along expeditiously given that its motion for a preliminary injunction was consolidated into a trial on the merits, and it is interested in obtaining a prompt judicial resolution of this matter. If the conference does remain at July 17, Mr. Bernstein would be able to call in from Europe, if the Court is amenable to that approach.

Respectfully submitted,

*/s/ Matthew E. Fishbein*

Matthew E. Fishbein

Enclosures

cc: All Parties (via ECF)