UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| HIGHLINE CAPITAL MANAGEMENT, LLC, | 15 CIV 660 (VEC) |
| Plaintiff, | ECF Case |
| vs. | |
| HIGH LINE VENTURE PARTNERS, L.P., et. al. | **NOTICE OF MOTION TO DISMISS** |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

HIGH LINE VENTURE PARTNERS, L.P.

    Counterclaim Plaintiff,

  vs.

HIGHLINE CAPITAL MANAGEMENT, LLC,

    Counterclaim Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE** that upon the annexed the Memorandum of Law in support hereof dated May 22, 2015, and all prior pleadings and proceedings had herein, Plaintiff Highline Capital Management, LLC ("Highline") will move this Court before the Honorable Valerie E. Caproni, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007 in Courtroom 443, at a date and time to be determined by the Court for an Order pursuant to Fed. R. Civ. P. 12 dismissing Defendant High Line Venture Partners, L.P.'s amended counterclaims, on the grounds, and for the reasons, set forth in the Memorandum of Law.

Dated: New York, New York
      May 22, 2015

                                 Respectfully submitted,

                                 By:   /s/ David H. Bernstein
                                 David H. Bernstein
                                 Matthew E. Fishbein
                                 Megan K. Bannigan
                                 David J. Sandler
                                 DEBEVOISE & PLIMPTON LLP
                                 919 Third Avenue
                                 New York, New York 10022
                                 (212) 909-6696

                                 L. Donald Prutzman
                                 TANNENBAUM HELPERN SYRACUSE
                                   & HIRSCHTRITT LLP
                                 900 Third Avenue
                                 New York, New York 10022
                                 (212) 508-6700

                                 *Attorneys for Plaintiff and Counterclaim Defendant*
                                 *Highline Capital Management, LLC*

.