

**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

**Matthew E. Fishbein**
Partner
mfishbein@debevoise.com
+1 212 909 6077

May 29, 2015

VIA ECF

Honorable Valerie E. Caproni
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Highline Capital Management, LLC vs. High Line Venture Partners, L.P. et al.*, 15 Civ. 660 (VEC)

Dear Judge Caproni:

    We have been engaged as co-counsel for plaintiff and counterclaim defendant Highline Capital Management, LLC in the above captioned litigation. Pursuant to the Court's May 11, 2015 Order, the parties have conferred, and we write to submit a jointly proposed trial schedule:

| Date | Event |
|---|---|
| July 20, 2015 | Close of Fact Discovery |
| July 23, 2015 | Deadline to file Joint Status Letter; Deadline to request leave to move for summary judgment |
| July 31, 2015 | Pre-Trial Conference |
| August 7, 2015 | Deadline to serve Expert Reports |
| September 4, 2015 | Deadline to serve Expert Rebuttal Reports |
| September 18, 2015 | Close of Expert Discovery |
| September 28, 2015 | Deadline to exchange Trial Exhibits |
| October 5, 2015 | Deadline to exchange Objections to Trial Exhibits; Deadline to file Motions *in Limine* |

Honorable Valerie E. Caproni

October 12, 2015   Deadline to file Oppositions to Motions *in Limine*, Joint Pretrial Order, Proposed Findings of Facts and Conclusions of Law, Optional Pretrial Memorandum of Law and Opposition.

October 26, 2015   Trial Ready

Defendants have consented to the submission of this letter and proposed schedule.

Respectfully submitted,

Matthew E. Fishbein

Enclosures

cc:   All Parties (via ECF)