

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

June 2, 2015


<u>VIA ECF</u>

Honorable Valerie E. Caproni
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007


**Re:** *Highline Capital Management, LLC vs. High Line Venture Partners, L.P. et al.*, 15 Civ. 660 (VEC)

Dear Judge Caproni:

 We are co-counsel for Plaintiff and Counterclaim Defendant Highline Capital Management, LLC in the above captioned litigation.  Plaintiff is in receipt of the Court's June 1, 2015 Order setting the trial date in this case for December 7, 2015 and noting that the date may be changed to November 2, 2015 if another trial before the Court is adjourned.  We write to confirm that Plaintiff's counsel are available for the December 7, 2015 trial date.

 Plaintiff's counsel would not, however, be available for trial in November because key members of the trial team have previously scheduled international business travel the weeks of November 2 and 9, 2015 and have personal travel plans the last two weeks of the month in connection with the Thanksgiving holiday.

 We have conferred with Defendants' counsel and they confirm that they also are available for trial starting on December 7, 2015.

Honorable Valerie E. Caproni                2                        June 2, 2015


        Accordingly, Plaintiff respectfully requests that the Court adjourn the
alternative trial date of November 2, 2015 and confirm trial for December 7, 2015.
Plaintiff has met and conferred with Defendants and Defendants do not oppose this
request.


                                        Respectfully submitted,

                                        */s/ Matthew E. Fishbein*

                                        Matthew E. Fishbein

cc:      All Parties (via ECF)