# Kenyon & Kenyon

**Jonathan W. Thomas**
Direct 212.908.6850
jthomas@kenyon.com

Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1007
212.425.7200
Fax 212.425.5288

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/3/2015

## MEMO ENDORSED

June 1, 2015

Request GRANTED.  Defendants' response to Plaintiff's motion to dismiss the counterclaims shall be filed no later than June 15, 2015.  Plaintiff's reply, if any, shall be filed no later than June 29, 2015.

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
June 2, 2015

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge, S.D.N.Y.
40 Foley Square, Room 240
New York, New York 10007

**RE:** *Highline Capital Management, LLC v. High Line Venture Partners, et al.*,
**C.A. No. 15-cv-660 (VEC) (SDNY)**

**Proposed Briefing Schedule for Plaintiff's Motion to Dismiss**

Dear Judge Caproni:

We represent all Defendants and Counterclaim Plaintiff High Line Venture Partners ("HLVP") in the above-referenced civil action.  Pursuant to Rules 1(A), 1(C), and 3(E)(ii) of Your Honor's Individual Rules of Practice, HLVP and Plaintiff/Counterclaim Defendant Highline Capital Management, LLC ("HCM") respectfully seek the Court's endorsement of the following briefing schedule for HCM's motion to dismiss HLVP's amended counterclaims (*Dkts.* 48-50):

1. June 15, 2015: HLVP's opposition brief due (original deadline: June 8, 2015).
2. June 29, 2015: HCM's reply brief due (original deadline: June 18, 2015).

The reason for this request is HLVP's counsel's unexpected scheduling conflict.  This is the first request by either party to modify the briefing schedule for HCM's motion to dismiss. None of the above-proposed dates will affect any currently scheduled date in this action.

Thank you for considering the instant request.  If you have any questions concerning the herein, please do not hesitate to contact me.

Respectfully submitted,

Jonathan W. Thomas

cc: All Counsel of Record (*via ECF*)

New York   Washington, DC   Silicon Valley   www.kenyon.com

DC01 1069568 v1