

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

July 17, 2015

<u>VIA ECF</u>

Honorable Valerie E. Caproni
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *Highline Capital Management, LLC vs. High Line Venture Partners, L.P. et al.*, **15 Civ. 660 (VEC)**

Dear Judge Caproni:

      Counsel for the Plaintiff and Counterclaim Defendant Highline Capital Management, LLC and for the Defendant and Counterclaim Plaintiff High Line Venture Partners, L.P. as well as the Defendants High Line Venture Partners II, L.P., High Line Venture Partners GP, LLC, High Line Venture Partners GP II, LLC, and Shana Fisher (collectively "Defendants"), have conferred, and we write to submit a jointly proposed amended trial schedule. The proposed amended schedule, set out below, does not change the trial or final pre-trial conference dates, although it does suggest moving the currently scheduled July 31, 2015 pre-trial conference until after the completion of all fact discovery. The parties jointly propose adjusting the schedule to accommodate scheduling previously noticed depositions of a number of party and third party witnesses that could not be scheduled prior to the current close of fact discovery. Additional time is necessary to complete the depositions due, in part, to the availability of the witnesses, and the parties may need to use the deposition testimony in preparation of expert reports. The parties jointly propose the following adjusted schedule:

| Date | Event |
|---|---|
| July 20, 2015 | Close of Fact Discovery |
| August 19, 2015 | Deadline to Complete Previously Noticed Fact Depositions |
| August 21, 2015 | Joint Status Letter to Court |

Honorable Valerie E. Caproni					2					July 17, 2015

| | |
|---|---|
| September 4, 2015 | Pre-Trial Conference |
| September 8, 2015 | Exchange Expert Reports |
| October 5, 2015 | Exchange Expert Rebuttal Reports |
| October 27, 2015 | Close of Expert Discovery |
| November 6, 2015 | Exchange Trial Exhibits |
| November 13, 2015 | Exchange Objections to Exhibits; File Motions in Limine; Exchange Deposition Designations; Findings of Fact, Conclusions of Law, Optional Pre-Trial Memo |
| November 23, 2015 | File Opposition to Motions in Limine; Exchange Objections to Deposition Designations; File Joint Pre-Trial Order |
| December 1, 2015 | Final Pre-Trial Conference |
| December 7, 2015 | Trial |

Defendants have consented to the submission of this letter and proposed amended schedule.

Respectfully submitted,

*/s/ Matthew E. Fishbein*
Matthew E. Fishbein

cc:	All Parties (via ECF)