```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/2/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   HIGHLINE CAPITAL MANAGEMENT, LLC,

                               Plaintiff,

              -against-

   HIGH LINE VENTURE PARTNERS, L.P., HIGH
   LINE VENTURE PARTNERS II, L.P., HIGH
   LINE VENTURE PARTNERS GP, LLC, HIGH
   LINE VENTURE PARTNERS GP II, LLC,
   SHANA FISHER, and ALEX BINKLEY,

                              Defendants.
-------------------------------------------------------------- X

15-CV-660 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS a conference is scheduled in this matter for September 4, 2015, it is hereby

ORDERED that the conference is ADJOURNED to October 23, 2015, at 10:00 a.m.

      Pursuant to the Court's Individual Practice 3.G.i., the Court will not consider motions for summary judgment in a non-jury case absent good cause.  If Defendants nevertheless wish to move for summary judgment, they are directed to file a letter requesting leave to do so no later than September 25, 2015, showing good cause why the Court should consider their request.  Plaintiff's response to Defendants' request shall be filed no later than October 2, 2015.  There shall be no replies.  Each party's letter shall not exceed five pages.

**SO ORDERED.**

Date: September 2, 2015
      New York, New York

                                           **VALERIE CAPRONI**
                                           **United States District Judge**