

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___9/8/2015___

Request GRANTED. The conference scheduled for
October 23, 2015, is ADJOURNED to October 30, 2015,
at 10:00 a.m.

SO ORDERED.

*Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

September 8, 2015

September 4, 2015

VIA ECF

Honorable Valerie E. Caproni
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: *Highline Capital Management, LLC v. High Line Venture Partners, L.P. et al.*,
15 Civ. 660 (VEC)**

Dear Judge Caproni:

We write this letter, on behalf of Plaintiff and Counterclaim Defendant
Highline Capital Management, LLC ("Highline"), with the consent of Defendants, to
request a brief adjournment of the status conference scheduled for October 23, 2015.

In Your Honor's recent order dated September 2, 2015, Your Honor reset the
status conference (previously scheduled for September 4, 2015) to October 23, 2015.
My partner David Bernstein, who would like to attend, has conferences at his
daughter's school on that day. Although it would not be impossible for Mr.
Bernstein to attend Court rather than his daughter's school conferences, it would be
inconvenient. We, therefore, respectfully request that the status conference be
moved to the following week – on October 30, 2015, if the Court is available then.
Counsel for Defendants have consented to this request and indicated that they are
also available on October 30. If October 30 does not work for the Court, then we
would request that the Court allow the parties to confer with each other and your
Docket Clerk on other available dates.

Thank you for your attention to this matter. We look forward to the status
conference and continuing to move this case forward.

Respectfully submitted,

*/s/ Matthew E. Fishbein*

Matthew E. Fishbein

cc:      All Parties (via ECF)