```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
HIGHLINE CAPITAL MANAGEMENT, LLC ,                                       :
                                                                         :
                              Plaintiff,                                 :
                                                                         :
              -against-                                                  :
                                                                         :
HIGH LINE VENTURE PARTNERS, L.P., HIGH LINE                              :
VENTURE PARTNERS II, L.P., HIGH LINE VENTURE                             :
PARTNERS GP, LLC, HIGH LINE VENTURE                                      :
PARTNERS GP II, LLC, and SHANA FISHER ,                                  :
                                                                         :
                              Defendants.                                :
                                                                         :
------------------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2015

15-CV-660(VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

Pursuant to discussion at the October 30, 2015 conference, it is hereby ORDERED:

1. Expert discovery must be completed no later than November 6, 2015.

2. The parties must submit a joint proposed order to the Court regarding the extension of any other deadlines leading up to trial.

3. The parties should confer and provide the Court with a joint letter stating the parties' and witnesses' availability in December and January for trial, if an adjournment becomes necessary. Moreover, the parties should include in their joint submission their preference(s) for adjourning the trial to a date certain as soon as it seems probable that

an adjournment will be necessary or remaining flexible subject to the Court's conflicting trials.

**SO ORDERED.**

**Date: October 30, 2015**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**