UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

HIGHLINE CAPITAL MANAGEMENT, LLC,

      Plaintiff,

vs.

HIGH LINE VENTURE PARTNERS, L.P., et. al.:

      Defendants.
----------------------------------------x
----------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2015

15 CIV 660 (VEC)

ECF Case

**STIPULATION AND PROPOSED ORDER**

THIS MATTER having come before the Court following the October 30, 2015 status conference; and Plaintiff and Defendants agreeing that the discovery schedule should be modified; and the schedule below being proposed on the assumption that the trial will commence on December 7, 2015, but in recognition that the schedule may need to be modified if the Court's trial calendar requires an adjournment of the trial; and upon consideration of the parties' joint stipulation and proposed order; and for good cause shown;

IT IS on this __4__ th day of ____November____ 2015,

**ORDERED THAT:**

1. The deadline for exchanging trial exhibits shall be **November 9, 2015.**

2. The deadline for exchanging objections to trial exhibits and deposition depositions and filing motions in limine, findings of fact, conclusions of law and optional pre-trial memoranda shall be **November 16, 2015.**

3. The deadline for exchanging objections to deposition designations and counter deposition designations shall be **November 19, 2015.**

4. The deadline for filing the joint pre-trial order and opposition to motions in limine and exchanging objections to counter deposition designations shall be **November 23, 2015.**

5. A final pre-trial conference shall be held on **December 1, 2015** at 2:00 p.m.

6. Trial shall begin on **December 7, 2015** at 10:00 a.m.

Dated: New York, New York
November 2, 2015

7. The parties must file their joint letter as described in the Court's October 30, 2015 Order, Docket Entry 74, no later than November 9, 2015.

Respectfully submitted,

By: /s/ Megan K. Bannigan
David H. Bernstein
Matthew E. Fishbein
Megan K. Bannigan
David J. Sandler
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6696

L. Donald Prutzman
TANNENBAUM HELPERN SYRACUSE
  & HIRSCHTRITT LLP
900 Third Avenue
New York, New York 10022
(212) 508-6700

*Attorneys for Plaintiff and Counterclaim Defendant Highline Capital Management, LLC*

By: /s/ Jonathan W. Thomas
Jonathan D. Reichman
Jonathan W. Thomas
KENYON & KENYON LLP
One Broadway
New York, New York 10004
Tel.: (212) 425-7200

Edward T. Colbert (admitted *pro hac vice*)
Erik C. Kane (admitted *pro hac vice*)
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005
Tel.: (202) 220-4200

*Attorneys for all Defendants and Counterclaim Plaintiff HLVP*

SO ORDERED:

/s/ Valerie Caproni
Valerie E. Caproni
United States District Judge
November 4, 2015