| | |
|---|---|
| DEBEVOISE & PLIMPTON LLP<br>919 THIRD AVENUE<br>NEW YORK, NY 10022<br>(212) 909-6000 | KENYON & KENYON LLP<br>ONE BROADWAY<br>NEW YORK, NY 10004<br>(212) 425-7200<br><br>1500 K STREET, NW<br>WASHINGTON, DC 20005<br>(202) 220-4200 |

November 9, 2015

VIA ECF

Honorable Valerie E. Caproni
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *Highline Capital Management, LLC v. High Line Venture Partners, L.P. et al.*, **15 Civ. 660 (VEC)**

Dear Judge Caproni:

Pursuant to the Court's October 30, 2015 Order, counsel for the Plaintiff Highline Capital Management, LLC and for Defendants High Line Venture Partners, L.P., High Line Venture Partners II, L.P., High Line Venture Partners GP, LLC, High Line Venture Partners GP II, LLC and Shana Fisher (collectively "Defendants") have conferred regarding potential trial dates in December and January.

Other than the December 7, 2015 trial date, the only week in December and January that all attorneys and witnesses are available is the week of January 18, 2015. Given that January 18 is a Federal holiday, if necessary, the attorneys and witnesses can also be available January 26 or 27 to finish the trial.[1]

---

[1] Defendants would also like to inform the Court that their attorneys and witnesses are also available for trial during the entirety of the weeks of December 14, January 11 and January 25.

Honorable Valerie E. Caproni            2            November 9, 2015

The parties strong preference, however, is to remain flexible and keep the December 7, 2015 trial date if at all possible. If necessary, the attorneys and witnesses can be available on December 14 and 15, if needed to complete the trial should the trial begin later during the week of December 7 (although the order of witnesses may need to be juggled).

                                                                 Respectfully submitted,

                                                                 /s/ Matthew E. Fishbein
                                                                 Matthew E. Fishbein

                                                                 /s/ Edward T. Colbert
                                                                 Edward T. Colbert

cc:      All Parties (via ECF)