Capnoni, V.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

HIGHLINE CAPITAL MANAGEMENT, LLC,       :

          Plaintiff,       :

      vs.       :

HIGH LINE VENTURE PARTNERS, L.P.,       :
HIGH LINE VENTURE PARTNERS II, L.P       :
HIGH LINE VENTURE PARTNERS GP, LLC       :
HIGH LINE VENTURE PARTNERS GP II, LLC       :
SHANA FISHER AND ALEX BINKLEY,       :

          Defendants.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 11/13/2015 |

15 CIV 660 (VEC)

## STIPULATION OF VOLUNTARY DISMISSAL
## OF CERTAIN CLAIMS FOR RELIEF

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for the parties hereto, pursuant to Federal Rule of Civil Procedure 41, that, in

order to streamline the issues to be resolved at the upcoming trial, the following claims

for relief set forth in Plaintiff's Complaint in the above-captioned action shall be, and

hereby are, dismissed with prejudice:

- Third Claim for Relief;

- Fourth Claim for Relief, solely as to the portion of the claim seeking relief

    under Illinois law; and

- Fifth Claim for Relief.

1000990858v7

The foregoing dismissal of these claims, or portions of claims, shall have no prejudicial

or other effect on the remaining Claims for Relief as set forth in Plaintiff's Complaint.

Dated: November 12, 2015
       New York, New York

KENYON & KENYON LLP                          DEBEVOISE & PLIMPTON LLP

By _____                 By _____
   Edward T. Colbert                             David H. Bernstein
   Jonathan D. Reichman                          Matthew E. Fishbein
   Erik C. Kane                                  Megan K. Bannigan
   Jonathan Thomas                               David Sandler
   Brooke Hazan                                  Zheng Wang
One Broadway                                  919 Third Avenue
New York, NY 10004                            New York, NY 10022
(212) 425-7200                                (212) 909-6000
jthomas@kenyon.com                            dhbernstein@debevoise.com

*Attorneys for Defendants*                    *Attorneys for Plaintiff*


**SO ORDERED:**

_____
      **U.S.D.J.**

November 13, 2015