IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HIGHLINE CAPITAL MANAGEMENT, LLC,<br><br>       *Plaintiff*,<br><br>- against -<br><br>HIGH LINE VENTURE PARTNERS, L.P.,<br><br>       *Defendants*. | Civil Action No. 15-cv- 660 (VEC) |

SUSANNA P. LICHTER, under penalty of perjury, declares as follows:

1. I am an associate with the law firm of Kenyon & Kenyon LLP, which represents defendants High Line Venture Partners, L.P., High Line Venture Partners II, L.P., High Line Venture Partners GP, LLC, High Line Venture Partners GP II, LLC, and Shana Fisher (collectively, "HLVP"). I make this declaration in support HLVP's Motion *in Limine* #2.

2. Attached hereto as Exhibit A is a true and correct copy of the expert report of Ronald Wilcox submitted in the above-captioned litigation.

3. Attached hereto as Exhibit B is a true and correct copy of the expert report of Matthew Hoffman submitted in the above-captioned litigation.

4. Attached hereto as Exhibit C is a true and correct copy of the expert report of Fabio Savoldelli submitted in the above-captioned litigation.

Dated: November 16, 2015

                                                                                Susanna P. Lichter