UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| HIGHLINE CAPITAL MANAGEMENT, LLC, | 15 CIV 660 (VEC) |
| Plaintiff, | |
| vs. | **NOTICE OF MOTION IN LIMINE** |
| HIGH LINE VENTURE PARTNERS, L.P., et. al. | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** upon the accompanying Memorandum of Law, the undersigned, counsel to Plaintiff Highline Capital Management LLC., hereby move this Court before the Honorable Valerie E. Caproni, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York, for an order excluding Defendants' Trial Exhibits 8, 22-50, 113-14, 121-130, 249-299, 301-324, 326-344 and the testimony of Ross Bulla, pursuant to Federal Rules of Evidence 402, 403 and 802, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
November 16, 2015

Respectfully submitted,

By: /s/ David H. Bernstein
David H. Bernstein
Matthew E. Fishbein
Megan K. Bannigan
David J. Sandler
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6696
dhbernst@debevoise.com

                L. Donald Prutzman
                TANNENBAUM HELPERN SYRACUSE
                  & HIRSCHTRITT LLP
                900 Third Avenue
                New York, New York 10022
                (212) 508-6700

                *Attorneys for Plaintiff Highline*
                 *Capital Management, LLC*

.