

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

November 16, 2015

<u>VIA ECF</u>

Honorable Valerie E. Caproni
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *Highline Capital Management, LLC vs. High Line Venture Partners, L.P. et al.*, **15 Civ. 660 (VEC)**

Dear Judge Caproni:

We represent Plaintiff Highline Capital Management, LLC ("Highline"). Today, November 16, Highline electronically filed redacted versions of *Plaintiff's Proposed Findings of Fact, Plaintiff's Proposed Conclusions of Law,* and *Plaintiff's Trial Memorandum f Law*. Highline also e-mailed to Your Honor's chambers and opposing counsel an redacted copy of these filings.

Pursuant to Section 4.A of Your Honor's Individual Practices in Civil Cases and Section 15 of the Court's Individual Practices in Civil Cases and Section 15 of the Protective Order entered in this case (Dkt. 43-2), Highline requests permission to file under seal unredacted copies of the aforementioned filings. The redactions reflect deposition testimony as well as information taken from documents that opposing counsel has designated as "Confidential" or "Attorneys' Eyes Only" pursuant to the Protective Order.

In Highline's unredacted filings, it cites to a number of facts regarding Defendants that appear to be non-public, including financial information, the internal structure of Defendants' funds, and other aspects of the operation of those funds. Defendants have designated this information Confidential or Attorneys' Eyes Only pursuant to the Protective Order, representing that such information would put them at a competitive disadvantage if the information became known to third parties. (Dkt. 43-2, § 3). As such, based on Defendants' representation, there is a compelling need to seal such information that overrides the presumption of public access. To address the public's need, Highline has redacted only the specific portions of the filings that

Judge Caproni                                    2                        November 16, 2015

contain confidentially designated information and publicly filed redacted versions showing the vast majority of the filings.

Highline has met and conferred with opposing counsel and they have agreed to join in this request that Highline be allowed to file its papers under seal. To that end, Highline respectfully requests an order to file under seal the unredacted documents.

                                                Respectfully submitted,

                                                 /s/ Matthew E. Fishbein

                                                Matthew E. Fishbein

cc:     All Parties (via ECF)