```
```
Case 1:15-cv-00660-VEC   Document 94   Filed 11/17/15   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2015
```

HIGHLINE CAPITAL MANAGEMENT, LLC,

      Plaintiff,

- against -

HIGH LINE VENTURE PARTNERS, L.P., HIGH LINE VENTURE PARTNERS II, L.P., HIGH LINE VENTURE PARTNERS GP, LLC, HIGH LINE VENTURE PARTNERS GP II, LLC, AND SHANA FISHER,

      Defendants,

Civil Action No. 15 CV 660 (VEC)

**ORDER FOR ADMISSION
PRO HAC VICE**

    The motion of John Robert Hutchins, for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that he is a member in good standing of the bars of the states of the State of New York and the District of Columbia and that his contact information is:

    John Robert Hutchins
    KENYON & KENYON LLP
    jhutchins@kenyon.com
    1500 K Street, NW Suite 700
    Washington, D.C. 20005
    Tel:  202-220-4200
    Fax: 202-220-4201

    Applicant having requested admission Pro Hac Vice to appeal for all purposes as counsel for *High Line Venture Partners, L.P., High Line Venture Partners II, L.P., High Line Venture Partners Gp, LLC, High Line Venture Partners Gp II, LLC, and Shana Fisher in the above captioned case in the United States District Court for the Southern District of New York.  All*

*Attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.*

*Dated:* __November 17, 2015__   _____

*United States District/Magistrate Judge*