| | |
|---|---|
| DEBEVOISE & PLIMPTON LLP<br>919 THIRD AVENUE<br>NEW YORK, NY 10022<br>(212) 909-6000 | KENYON & KENYON LLP<br>ONE BROADWAY<br>NEW YORK, NY 10004<br>(212) 425-7200<br><br>1500 K STREET, NW<br>WASHINGTON, DC 20005<br>(202) 220-4200 |

November 20, 2015

VIA ECF

Honorable Valerie E. Caproni
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

*Highline Capital Management, LLC v. High Line Venture Partners, L.P. et al.*, **15 Civ. 660 (VEC)**

Dear Judge Caproni:

     Pursuant to Rules 1.A and 1.C of Your Honor's Individual Rules of Practice, the Parties respectfully seek a two day extension of time to submit all items due Monday November 23, 2015. The parties seek a short two day extension to November 25, 2015 as the parties are close to reaching a settlement and wish to avoid waste of resources so they can focus on finalizing the settlement.

     The parties agree that items due Monday include:

(i) the joint pre-trial order;

(ii) oppositions to any motions-in-limine;

(iii) exchanging objections to deposition counter-designations;

(iv) submission of trial exhibit binders to the Court.

     The parties disagree whether the Court's prior scheduling order contemplates opposition briefs to the pre-trial memorandums. Defendants believe an opposition was

Honorable Valerie E. Caproni	2	November 20, 2015

permitted pursuant to Your Honor's Rules of Individual Practices Section 6.C.i . To the extent opposition briefs are permitted they would also be due on Wednesday, November 25.

    We thank the Court for considering the Parties' request.

Respectfully submitted,

/s Matthew E. Fishbein

Matthew E. Fishbein

/s Erik C. Kane
Erik C. Kane

cc:   All Parties (via ECF)