UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2015
```

HIGHLINE CAPITAL MANAGEMENT, LLC,

      Plaintiff,

- against -

HIGH LINE VENTURE PARTNERS, L.P., HIGH LINE VENTURE PARTNERS II, L.P., HIGH LINE VENTURE PARTNERS GP, LLC, HIGH LINE VENTURE PARTNERS GP II, LLC, AND SHANA FISHER,

      Defendants,

Civil Action No. 15 CV 660 (VEC)

**ORDER FOR ADMISSION
PRO HAC VICE**

      The motion of Brooke Elyse Hazan, for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that she is a member in good standing of the bar of the State of New York and that her contact information is:

Brooke Elyse Hazan
KENYON & KENYON LLP
bhazan@kenyon.com
1 Broadway
New York, New York 10004

Tel: 212-425-7200
Fax: 212-425-5288

      Applicant having requested admission Pro Hac Vice to appeal for all purposes as counsel for *High Line Venture Partners, L.P., High Line Venture Partners II, L.P., High Line Venture Partners Gp, LLC, High Line Venture Partners Gp II, LLC, and Shana Fisher in the above captioned case in the United States District Court for the Southern District of New York. All*

*Attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.*

*Dated:* November 20, 2015                                    _____

                                                                                           *United States District/Magistrate Judge*