DEBEVOISE & PLIMPTON LLP
919 THIRD AVENUE
NEW YORK, NY 10022
(212) 909-6000

KENYON & KENYON LLP
ONE BROADWAY
NEW YORK, NY 10004
(212) 425-7200

1500 K STREET, NW
WASHINGTON, DC 20005
(202) 220-4200

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2015

**MEMO ENDORSED**

November 20, 2015

VIA ECF

Honorable Valerie E. Caproni
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Request GRANTED. The Court does not anticipate receiving responses to the parties' pretrial statements.
SO ORDERED.

*Valerie Caproni* (signature)

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
November 23, 2015

*Highline Capital Management, LLC v. High Line Venture Partners, L.P. et al.*, **15 Civ. 660 (VEC)**

Dear Judge Caproni:

　　Pursuant to Rules 1.A and 1.C of Your Honor's Individual Rules of Practice, the Parties respectfully seek a two day extension of time to submit all items due Monday November 23, 2015. The parties seek a short two day extension to November 25, 2015 as the parties are close to reaching a settlement and wish to avoid waste of resources so they can focus on finalizing the settlement.

　　The parties agree that items due Monday include:

(i) the joint pre-trial order;

(ii) oppositions to any motions-in-limine;

(iii) exchanging objections to deposition counter-designations;

(iv) submission of trial exhibit binders to the Court.

　　The parties disagree whether the Court's prior scheduling order contemplates opposition briefs to the pre-trial memorandums. Defendants believe an opposition was

Honorable Valerie E. Caproni                               2                                  November 20, 2015

permitted pursuant to Your Honor's Rules of Individual Practices Section 6.C.i .  To the extent opposition briefs are permitted they would also be due on Wednesday, November 25.

    We thank the Court for considering the Parties' request.

                                                                    Respectfully submitted,

                                                                    /s Matthew E. Fishbein

                                                                    Matthew E. Fishbein

                                                                    /s Erik C. Kane
                                                                    Erik C. Kane

cc:      All Parties (via ECF)