DEBEVOISE & PLIMPTON LLP
919 THIRD AVENUE
NEW YORK, NY 10022
(212) 909-6000

KENYON & KENYON LLP
ONE BROADWAY
NEW YORK, NY 10004
(212) 425-7200

1500 K STREET, NW
WASHINGTON, DC 20005
(202) 220-4200

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2015

November 19, 2015

VIA E-MAIL

Honorable Valerie E. Caproni
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Request GRANTED, in part. Request DENIED as to non-attorneys included in the parties' proposed Standing Order M10-468 who request to bring telephones into court. Non-attorneys may bring other electronic equipment but may not bring their telephones.

SO ORDERED.                                November 23, 2015

*Valerie Caproni* (signature)

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

*Highline Capital Management, LLC v. High Line Venture Partners, L.P. et al.*, 15 Civ. 660 (VEC)

Dear Judge Caproni:

    Pursuant to Revised Standing Order M10-468 and Section 7(b) of Your Honor's Individual Practice Rules, we write on behalf of the parties in the above-referenced action seeking permission of Your Honor to allow us to bring into the courthouse certain electronic equipment required for the presentation of evidence for the duration of the trial scheduled to commence on December 7, 2015. Specifically, we seek permission to bring into the courthouse certain personal electronic devices (cell phones) and general computing devices (laptop and tablets). We have enclosed the form of order based upon Standing Order M10-468 which enumerates specifically the devices for which permission is sought.

Respectfully submitted,

/s/ David J. Sandler
David J. Sandler

/s Erik C. Kane
Erik C. Kane

cc:    All Parties (via email)