UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2015

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

*Highline Capital Management, LLC, v. High Line Venture Partners, L.P., et al.,*
**No. 15-cv-600(VEC)**

The date(s) for which such authorization is provided is (are) December 7, 2015 – [end of trial]   .

|   | **Attorney** | **Device(s)** |
|---|---|---|
| 1 | Edward T. Colbert | 1 smartphone |
| 2 | Jonathan D. Reichman | 1 smartphone |
| 3 | Erik C. Kane | 1 smartphone<br>2 laptop computers |
| 4 | John R. Hutchins | 1 smartphone |
| 5 | Brooke E. Hazan | 1 smartphone |
| 6 | Jonathan W. Thomas | 1 smartphone |
| 7 | Bernard B. Pound | 1 smartphone<br>2 laptop computers<br>2 external hard drives |

| 8 | Susanna P. Lichter | 1 smartphone |
|---|---|---|
| 9 | Stanley Sobieski (litigation support technician) | 2 laptop computers<br>2 external hard drives<br>6 LED monitors<br>1 projector<br>1 document camera<br>2 projector stands<br>2 tech tables<br>6 signal control & distribution devices<br>2 computer audio patches<br>1 pair of speakers |
| 10 | David Bernstein | 1 smartphone<br>1 laptop computer |
| 11 | Matthew Fishbein | 1 smartphone<br>1 laptop computer |
| 12 | Megan Bannigan | 1 smartphone<br>1 laptop computer<br>1 iPad |
| 13 | David Sandler | 1 smartphone<br>1 laptop computer |
| 14 | Zheng Wang | 1 smartphone<br>1 laptop computer |
| 15 | L. Donald Prutzman | 1 smartphone |
| 16 | D&P Litigation Support Technician | 2 laptop computers<br>2 external hard drives |

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: November 23, 2015

_____
United States Judge