Capnoni, V.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
HIGHLINE CAPITAL MANAGEMENT, LLC,

    Plaintiff,

vs.

HIGH LINE VENTURE PARTNERS, L.P, et. al.

    Defendants.
------------------------------------X

15 CIV 660 (VEC)

ECF Case

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Highline Capital Management, LLC and Defendants High Line Venture Partners, L.P., High Line Venture Partners II, L.P., High Line Venture Partners GP, LLC, High Line Venture Partners GP II, LLC and Shana Fisher, having resolved the issues between and among them, each hereby dismiss, with prejudice, all claims and counterclaims directed against any other party in this action. Each party shall bear its own costs, expenses, and attorneys' fees incurred in connection with this action.

Dated: New York, New York
       November 30, 2015

KENYON & KENYON LLP

By _/s/ Erik C. Kane/_
   Edward T. Colbert
   Jonathan D. Reichman
   Erik C. Kane
   Jonathan Thomas
   Brooke Hazan
One Broadway
New York, NY 10004
(212) 425-7200

*Attorneys for Defendants*

1001004160v1

DEBEVOISE & PLIMPTON LLP

By _/s/ Matthew Fishbein_
   David H. Bernstein
   Matthew E. Fishbein
   Megan K. Bannigan
   David Sandler
   Zheng Wang
919 Third Avenue
New York, NY 10022
(212) 909-6696

*Attorneys for Plaintiff*

**SO ORDERED:**        November 30, 2015

_/s/ Valerie Caproni_
**U.S.D.J.**